# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000  Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

Steven L. Young
Direct Dial – 914 872-7252
Steven.Young@wilsonelser.com

May 22, 2009

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/09

## VIA FACSIMILE (212) 805-6724

Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ   5/26/09

Re:  Scott E. Webster and Jean Allen Webster, Pro Se v. Wells Fargo Bank, N.A., et al.
     Index No.: 08 CV 10145 (LAP)(FM)
     Our File No. 10929.00002

Dear Judge Maas:

Please be advised that we represent the defendants, Steven J. Baum, PC and Darleen V. Karaszewski, in the captioned action. We are seeking an extension of time to answer and/or move against the Amended Verified Complaint in this action until June 22, 2009.

This is the first request on behalf of these defendants for an extension of time to respond to the Amended Verified Complaint. It is made in order to allow us time to review the box of documents in this litigation and the ongoing foreclosure litigation that this suit arises from, to review this matter with our client, to analyze the allegations in the 64 page single spaced Amended Verified Complaint, and to prepare an appropriate response.

The docket indicates that a Complaint was filed on November 21, 2008. This matter was referred to you by Judge Preska by an Order dated December 12, 2009. An Amended Verified Complaint was filed on March 16, 2009. Our clients, however, were not served until May 5, 2009 and their Answer would otherwise be due on May 26, 2009. I spoke to Mr. Webster this morning and he consented to our request for the adjournment through June 22, 2009.

At this time, the extension does not effect any other scheduled date. We therefore

2396823.1

Magistrate Judge Frank Maas
Page 2

respectfully request the court's approval of our request for an extension of time to answer and/or move with respect to the Amended Verified Complaint through and including June 22, 2009.

Thank you for your consideration.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Steven L. Young

Scott E. Webster (via e-mail cri@swva.net)
204 Charlotte Drive
Dugspur, VA 24325

Joan Allen Webster (via e-mail cri@swva.net)
204 Charlotte Drive
Dugspur, VA 24325

Magistrate Judge Frank Maas

2396823.1