United States Disctict Court, Southern District, New York

To Chambers --- Attn: Hon. Frank Maas

Via Fax (212) 805-6724

July 20, 2009

Scott E. Webster and
Jean Allen Webster
Plaintiffs, pro se
204 Charlotte Drive
Dugspur, VA 24325
(276) 728-5006

**MEMO ENDORSED**

**APPLICATION GRANTED
SO ORDERED**

/s/ Frank Maas, USMJ 7/20/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/09

Hon. Frank Maas
Untied States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007-1312

      Re: Scott E. Webster and Jean Allen Webster
        pro se, v. Wells Fargo Bank, N.A. et al.
        Index No.: 08 CIV 10145 (LAP)

Dear Judge Maas:

 We, the above Plaintiffs, pro se, are seeking an extention of time to respond to Defendants, Steven J. Baum PC and Darleen V. Karaszewski's, motion to dismiss the above noted Complaint that has a scheduled return date of this July 22, 2009.

 We, the Plaintiffs granted the above noted defendants through their attorneys at Wilson, Elser, Moskowitz, Edelman and Dicker LLP a 30 day extention to answser our Amended Verified Complaint which was served May 5, 2009, and which was returnable May 26, 2009, wherein they filed the current motion to dismiss, again returnable July 22, 2009.

 We had also granted an extention of time to answer the complaint for Defendants Affordable Finance Services and John Baldwin.

 We have not made any other requests for any extentions to this Court prior to this request.

 Part of the reason for this request is for us to complete and file a motion with the Appellate Division, 2nd to renew and reargue the recent order of that Court, which Defendants herein submitted as an exhibit with their instant motion to dismiss, and therefore makes it necessary and prudent for us to include it with our affirmation in opposition and memorandum of law, since these, and several of the other defendants have relied upon the Rooker-Feldman doctrine in their motions to dismiss, based on the Lower Court's, and now, Appellate Court's decisions and orders.

This morning I spoke with Thomas A. Leghorn Esq. (TAL 6244) who is co counsel with Steven L. Young Esq. (SLY 8110) to request a two (2) week adjournment from the return date, which he agreed to.

At this time, the request for the extention does not effect any other scheduled date. We therefore request the Court's approval of our request for an extention of time to respond to the instant motion by the above noted defendants, through and including August 5, 2009.

Thank you for your time and understanding.

Sincerely,

Scott E. Webster
Plaintiff, pro se

Via Fax to:

Thomas A. Leghorn Esq. and/or
Steven L. Young Esq.
Attorneys for Defendants
  Steven J. Baum and
  Darleen V. Karaszewski
Wilson, Elser, etc
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Fax (914) 323-7001
Your File No. 11292.00002