```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/2/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SCOTT E. WEBSTER and JEAN ALLEN WEBSTER,   :

       Plaintiffs,

  -against-                                    :   08 Civ. 10145

WELLS FARGO BANK, N.A., Successor by          :   ORDER
Merger to Wells Fargo Home Mortgage, Inc.   :
and d/b/a WELLS FARGO HOME MORTGAGE,
RICHARD M. KOVACEVICH as CEO of Wells
Fargo Bank, N.A., SEAN NIX, DOMINICK
PENZETTA, MARCIA FRANCIS, STEVEN J. BAUM
P.C., DARLEEN V. KARASZEWSKI, AFFORDABLE
FINANCIAL SERVICES, JOHN BALDWIN, RIVER
CITY ABSTRACT, JOHN DOE, and JANE DOE,

       Defendants.
----------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    The following parties shall confer and submit courtesy copies of all litigation documents in the New York state action <u>Wells Fargo Bank, N.A. v. Webster</u>, Index No. 2742/2006, by 5:00 PM on November 13: Scott E. Webster; Jean Allen Webster; Dominick Penzetta; Steven J. Baum, P.C.; and Darleen V. Karaszewski.  The joint submission shall include copies of the complete case files from both the Supreme Court and the Appellate Division.

SO ORDERED:

DATED:   New York, New York
        November 2, 2009

                                                              */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA, Chief U.S.D.J.